# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Jonae L. Skinner, | § |
|     Plaintiff, | § |
| | §    CASE NO. 5:23-cv-00390-OLG |
| | § |
| Goldman Sachs Bank USA; and DOES 1 through 100 inclusive, | § |
| | § |
|     Defendants. | § |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT GOLDMAN SACHS BANK USA, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

**PLEASE TAKE NOTICE THAT** Plaintiff Jonae L. Skinner, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntarily dismisses Defendant Goldman Sachs Bank USA only, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)     By the Plaintiff

    (A)     Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (ii)     a stipulation of dismissal signed by all parties who have appeared.

Defendant Goldman Sachs Bank USA filed an answer to Plaintiff's First Amended Complaint on October 17, 2023. Accordingly, the parties have resolved their claims, and Defendant Goldman Sachs Bank USA may be dismissed from the above titled matter for all purposes and without an Order.

Submitted the 24th day of May, 2024.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Kyle Schumacher* | /s/ *Alisa M. Taormina (with permission)* |
| Kyle Schumacher | Lakshmi Achari |
| TX Bar No. 24106831 | Texas Bar No. 24126364 |
| SCHUMACHER LANE PLLC | SDTX ID No. 3755869 |
| P.O. Box 558 | SHOOK, HARDY & BACON L.L.P. |
| Spring Branch, TX 78070 | JPMorgan Chase Tower |
| Telephone: 503-482-8137 | 600 Travis Street, Suite 3400 |
| Facsimile: 210-783-1383 | Houston, TX 77002-2926 |
| kyle@schumacherlane.com | Telephone: 713-227-8008 |
| | Facsimile: 713-227-9508 |
| **ATTORNEYS FOR PLAINTIFF** | Email: lachari@shb.com |
| | And |
| | Brian C. Frontino (admitted pro hac vice) |
| | Email: brian.frontino@morganlewis.com |
| | Alisa M. Taormina (admitted pro hac vice) |
| | Email: alisa.taormina@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 600 Brickell Avenue, Suite 1600 |
| | Miami, Florida 33131 |
| | Telephone: 305.415.3313 |
| | Fax: 305.415.3001 |
| | Attorneys for Defendant |
| | Goldman Sachs Bank USA |
| | **ATTORNEYS FOR DEFENDANT** |